UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FOSTER & MONROE, LLC,<br><br>　　　　　Defendant. | Case No.  1:21-cv-01820-AWI-BAM<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT**<br><br>(Doc. 12) |

On May 11, 2022, the parties filed a stipulation and request that entry of default against Defendant Foster & Monroe, LLC ("Defendant")) be set aside and that Defendant be allowed to file an answer to the complaint on or before May 20, 2022.  (Doc. 12.)

Pursuant to the parties' stipulation, and cause shown, the stipulation to set aside the entry of default against Defendant is GRANTED.  The Clerk of the Court is directed to VACATE the entry of default as to Defendant Foster & Monroe, LLC. (Doc. 6.)  Defendant shall file an answer or other responsive pleading to the complaint on or before May 20, 2022.

IT IS SO ORDERED.

Dated:   **May 13, 2022**　　　　　　　　　/s/ Barbara A. McAuliffe　　_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1