UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FOSTER AND MONROE, LLC,<br><br>　　　　　Defendant. | Case No.  1:21-cv-01820-AWI-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br> (Doc. 18.)<br><br>**ORDER DENYING REQUEST TO CONTINUE SCHEDULING CONFERENCE WITHOUT PREJUDICE** |

On June 16, 2022, the Court issued an Order to Show Cause directing counsel for Defendant Foster and Monroe, LLC to show cause in writing why sanctions should not be imposed for the failure to appear at the June 16, 2022 Scheduling Conference.  (Doc. 18.)

On June 21, 2022, counsel Jeff Poole filed a written response to the show cause order. (Doc. 19.)  In his response, Mr. Poole explains the circumstances resulting in his failure to appear, including family health issues and technological difficulties.  Mr. Poole ultimately acknowledges that the missed appearance ultimately was due to his failure to check the docket when he first made an appearance in this matter.  (Doc. 19 at ¶ 17.)  Mr. Poole apologizes to the Court and requests that the Court not issue sanctions.  (*Id.* at ¶¶ 17-19.)  Additionally, Mr. Poole notes that the Court reset the Scheduling Conference to July 21, 2022.  (*Id.* at ¶ 20.)  However, due to a

preplanned family vacation, Mr. Poole now requests that the Scheduling Conference be continued to the week of July 25, 2022, to allow for his appearance. If the conference cannot be moved, Mr. Poole indicates that another attorney from his office will appear in his place. (*Id.* at ¶¶ 21-23.)

Having considered the response, IT IS HEREBY ORDERED as follows:

1. The Order to Show Cause is HEREBY DISCHARGED. No sanctions shall be imposed at this time; and
2. Counsel's unilateral request to further continue the Scheduling Conference is DENIED without prejudice. Counsel is directed to this Court's Local Rule 233 regarding motions for administrative relief.

IT IS SO ORDERED.

Dated:  **June 22, 2022**            /s/ *Barbara A. McAuliffe*            
                                  UNITED STATES MAGISTRATE JUDGE

2