UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOSTER AND MONROE, LLC,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01820-AWI-BAM<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF**<br><br>(Doc. 21) |

Currently pending before the Court is the parties' joint motion for administrative relief seeking a continuance of the July 21, 2022 Scheduling Conference. (Doc. 21.) The parties assert that good cause exists to continue the Scheduling Conference because defense counsel has a preplanned vacation and will be unable to attend the Scheduling Conference. (*Id.* at 1-2.)

It is not clear to the Court that good cause exists to grant the requested continuance. The current Scheduling Conference date was necessitated by defense counsel's failure to appear at a previously set conference, and counsel's subsequent request for a continuance was denied without prejudice.

Nevertheless, the Court considers the parties' agreement to continue the Scheduling Conference to accommodate defense counsel's schedule. For that reason, the administrative request is GRANTED, and the Scheduling Conference is HEREBY CONTINUED to **August 11, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

1

The parties shall appear at the conference remotely with each party connecting either via Zoom video or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

The parties are cautioned that any failure to appear at the Scheduling Conference may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **July 6, 2022**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE